UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN C. MANNING, et al., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:18 CV 173 SNLJ |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) | |

## **MEMORANDUM and ORDER**

Defendant United States of America moves to compel plaintiff John C. Manning to serve defendant with his initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1)(A). The disclosures were due January 26, 2019. Defendant's counsel repeated tried to contact counsel for Mr. Manning to inquire about his disclosures, to no avail. Mr. Manning did not respond to the motion.

The Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion to compel (#28) is GRANTED.

**IT IS FURTHER ORDERED** that plaintiff John Manning shall serve his Rule 26 disclosures no later than May 28, 2019.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL.**

Dated this 20th day of May, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE